BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MICHAEL MARSEILLE, <br>     Defendant. | NO. CR 15-0153 YGR <br><br> NOTICE OF DISMISSAL AND ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: May 22, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Barbara J. Valliere*

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 15-0153 YGR)

Leave is granted to the government to dismiss the indictment without prejudice.

Date: June 1, 2017

YVONNE GONZALEZ ROGERS
United States District Judge